No. 04–1073. BASHIR v. UNITED STATES. C. A. 11th Cir. Reported below: 116 Fed. Appx. 241;

No. 04–1116. WAGNER v. UNITED STATES. C. A. 2d Cir. Reported below: 103 Fed. Appx. 422; and

No. 04–1154. GORE v. UNITED STATES. C. A. 4th Cir. Reported below: 102 Fed. Appx. 292. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of *United States* v. *Booker,* 543 U. S. 220 (2005).